IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BOBBY BROWN, § | |
|    Plaintiff § | |
| § | |
| V. § | C.A. NO. C-01-05 |
| § | |
| JERRY GROOM, § | |
|    Defendant § | |

## ORDER SETTING DEADLINES

The following deadlines are set:

1.  Expert witnesses must be designated by: **Friday, July 7, 2006** . For any expert designated, a report in compliance with Fed. R. Civ. P. 26(a)(2)(B) must accompany the designation.

2.  **Discovery is closed.** Leave of court is required to re-open discovery, except that timely designated expert witnesses may be deposed within fourteen days of the designation date without seeking leave of court.

3.  The original and one copy of the parties' joint pretrial order is due **Friday, August 18, 2006.** This satisfies the requirement of FED. R. CIV. P. 26 (a)(3). Defendants will be responsible for the filing of the joint pretrial order, executed by the party *pro se* or the attorney-in-charge, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (2000). Defendants shall allow all parties at least **twenty (20) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for

dismissal in the case of Plaintiff, or in the case of Defendants, is cause for default. The Clerk shall mail to plaintiff a copy of the form appearing at Appendix B of the Local Rules.

Leave of court is required to amend pleadings or join parties. Upon receipt of the parties' joint pretrial order, this case will scheduled for a jury trial before Chief Judge Hayden Head.

ORDERED this 20th day of June, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE