IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| BOBBY BROWN | § | |
| --- | --- | --- |
| | § | |
| VS. | § | C.A. NO. C-01-005 |
| | § | |
| JERRY GROOM, ET AL. | § | |

## ORDER STRIKING PLEADINGS

Plaintiff filed a pleading entitled "Request for Copy of Records" (D.E. 174) and "Motion for Copy of Record" (D.E. 175). The Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Southern District of Texas require all pleadings offered for filing must be accompanied by a certificate reflecting how and when service has been made or why service is not required and all motions must be served on all parties. FED. R. CIV. P. 5(a); LR5.4, 5.6.

The certificate of service must contain the name and address of counsel to whom a copy of the pleading was sent. It is the duty of all who appear before the court to be familiar with the rules and to follow those rules. Plaintiff has been warned that his failure to follow the rules would result in the striking of pleadings. It is inefficient and expensive for the parties and for the court when the rules are disregarded, because the pleadings must be struck to enforce the rules.

Accordingly, the Clerk shall strike Instrument Nos. 174 and 175 from the record.

ORDERED this 30th day of October, 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE